4-29-2015

William Smith #1744491
Goree Unit
7405 Hwy. 75, South
Huntsville, Texas 77344

Mr. Abel Acosta, Clerk
Court of Criminal Appeals
P.O Box 12308
Austin, Texas 78711

re: William Smith A/K/A
Bill Smith V.

The State of Texas
Number 13-11-00694-CR

Dear Mr. Acosta,

Sir, as I understand, the Court of Criminal Appeals has granted review in February, '15.

I am requesting a copy of the petition that the State filed, and any briefs that the Court may request from either parties.

Any update on the proceedings would be very appreciated, as well as the final Opininion or decisions of the Court.

Thank you for your help, and please note my new address.

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 04 2015

Abel Acosta, Clerk

Respectfully,

William Smith

William Smith